UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 21, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                         )<br>v.                                                      )<br>                                                          )<br>DAVID REYES NAVARRO,          )<br>                                                          )<br>            Defendant.                      ) | Case No. MAG. 08-0282 KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>David Reyes Navarro</u>, Case No. <u>MAG. 08-0282 KJM</u>, Charge <u>Title 21 USC §§ 846; 841(a)(1); 843(b)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

_X_ Bail Posted in the Sum of $ <u>100,000 (secured by title to 2000 Dodge Intrepid</u>

  _X_   Unsecured Appearance Bond   <u>remainder as unsecured bond</u>

  __    Appearance Bond with 10% Deposit

  __    Appearance Bond with Surety

  __    Corporate Surety Bail Bond

  _X_   (Other)          <u>with pretrial supervision and conditions of release</u>
        <u>as stated on the record.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 21, 2008</u> at  4:15  pm .

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge