**FILED**

AUG 2 1 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:08-mj-00282 - KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER REGARDING SUBSTITUTION OF CARS FOR SECURITY. |
| v. ) | |
| ) | |
| DAVID REYES NAVARRO, ) | |
| ) | |
| Defendant. ) | |

Defendant, DAVID REYES NAVARRO by and through his attorney, Michael Chastaine

and the United States, by and through Assistant United States Attorney Michael Beckworth,

hereby stipulate and agree to substitute Mr. David Reyes 2000 Dodge Intrepid, license plate

number 4XCN091as security in lieu of the 2000 Mercedes Benz vehicle pursuant to the Courts

order of 8/20/08. This agreement is based upon the fact that the Mercedes Benz is not owned

free and clear, as payments are being paid on that vehicle. The Dodge Intrepid is owned free and

clear by Mr. David Reyes.

Dated: August 21, 2008                     The CHASTAINE LAW OFFICE

                                           By: ____ /s/ Michael Chastaine
                                                  MICHAEL CHASTAINE
                                                  Attorney for David Reyes Navarro

Dated: August 21, 2008                     McGREGOR W. SCOTT
                                           United States Attorney

                                           By: ___ /s/ Michael Beckworth
                                                  Michael Beckkworth
                                                  Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, the Court grants the request to substitute Mr. David Reyes' 2002 Dodge Intrepid, license plate number 4XCN091 as security in lieu of the 2000 Mercedes Benz vehicle pursuant to the Courts order of 8/20/08.

IT IS HEREBY ORDERED

Dated: August __24__,2008

_____
Honorable Dale A. Drozd
District Judge
United States District Court