MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID REYES NAVARRO,<br><br>Defendant. | Case No.: 2:08 CR 392 GEB<br><br>STIPULATION AND ORDER REGARDING SUBSTITUTION OF SURITY FOR UNSECURED BOND |

Defendant, DAVID REYES NAVARRO by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Michael Beckwith, with the concurrence of United States Pretrial Services Officer Becky Fidelman hereby stipulate and agree to substitute Alejandro Reyes (Brother of David Navarro) as co-signer on the $100,000 unsecured appearance bond in place and lieu of Cari Ann Reyes (wife of David Reyes Navarro) pursuant to the Courts order of 8/20/08.  This agreement is based upon the fact that the David Reyes Navarro and Cari Ann Reyes are currently separated and are in the process of obtaining a divorce.  Further that Pretrial Services has verified that Alejandro Reyes has been employed by the state of California for 14 years and as a correctional officer for 11 years.  He earns approximately $76,000 per year and is willing to be substituted for bond on behalf of his brother. Pretrial Services believes he is a viable surety

Dated: August 3, 2009                                    The CHASTAINE LAW OFFICE

                                                         By: ____/s/ Michael Chastaine
                                                             MICHAEL CHASTAINE
                                                             Attorney for David Reyes Navarro

1

| | |
|---|---|
| Dated: August 3, 2009 | LAWRENCE G. BROWN<br>Acting United States Attorney<br><br>By:    /s/ Michael Beckwith<br>       Michael Beckwith<br>       Assistant U.S. Attorney |

ORDER

GOOD CAUSE APPEARING, the Court grants the request to substitute Alejandro Reyes (Brother of David Navarro) as co-signer on the $100,000 unsecured appearance bond in place and lieu of Cari Ann Reyes (wife of David Reyes Navarro) pursuant to the Courts order of 8/20/08.

IT IS HEREBY ORDERED

DATED:  August 4, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/navarro0392.stipord