MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
David Navarro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID REYES NAVARRO,<br><br>Defendant. | Case No.: 2:08 CR 00392 GEB<br><br>STIPULATION AND ORDER CONTINUING SENTENCING |

Defendant DAVID REYES NAVARRO, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby stipulate and agree to continue the sentencing hearing in the above-captioned case from Friday, September 18, 2009 at 9:00 a.m. to Friday, January 8, 2010 at 9:00 a.m.  The continuance is requested because the co-defendants have not yet resolved their cases.  Mr. Navarro should not be sentenced until it is determined if any of the co-defendants will go to jury trial.

Dated: August 21, 2009   The CHASTAINE LAW OFFICE

By: ____/s/ Michael Chastaine
         MICHAEL CHASTAINE
         Attorney for David Reyes Navarro

Dated: August 21, 2009   LAWRENCE BROWN
         Acting United States Attorney

By: ____/s/ Michael Beckwith
         Michael Beckwith
         Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, September 18, 2009 at 9:00 a.m. be continued to Friday, January 8, 2010 at 9:00 a.m. and that the period from September 18, 2009 to January 8, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: September 18, 2009

GARLAND E. BURRELL, JR.
United States District Judge