MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
David Navarro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DAVID REYES NAVARRO,<br><br>  Defendant. | Case No.: 2:08 CR 00392 GEB<br><br>STIPULATION AND ORDER CONTINUING SENTENCING |

Defendant DAVID REYES NAVARRO, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby stipulate and agree to continue the sentencing hearing in the above-captioned case from Friday, April 9, 2010 at 9:00 a.m. to Friday, June 18, 2010 at 9:00 a.m.  The continuance is requested because the co-defendants have not yet resolved their cases.  Mr. Navarro should not be sentenced until it is determined if any of the co-defendants will go to jury trial.

Dated: March 29, 2010                     The CHASTAINE LAW OFFICE

                                          By: ____/s/ Michael Chastaine
                                                  MICHAEL CHASTAINE
                                                  Attorney for David Reyes Navarro

Dated: March 29, 2010                     BENJAMIN B. WAGNER
                                          United States Attorney

                                          By: ____/s/ Michael Beckwith
                                                  Michael Beckwith
                                                  Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the sentencing scheduled for Friday, April 9, 2010 at 9:00 a.m. is continued to Friday, June 18, 2010 at 9:00 a.m.

Dated: 3/2910

_____
GARLAND E. BURRELL, JR.
United States District Judge