MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
David Navarro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID REYES NAVARRO,<br><br>　　　　Defendant. | Case No.: 2:08 CR 00392 GEB<br><br>STIPULATION AND ORDER<br>CONTINUING SENTENCING |

　　　Defendant DAVID REYES NAVARRO, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby stipulate and agree to continue the sentencing hearing in the above-captioned case from Friday, June 18, 2010 at 9:00 a.m. to Friday, August 13, 2010 at 9:00 a.m.  The continuance is requested because the co-defendants have not yet resolved their cases.  Mr. Navarro should not be sentenced until it is determined if any of the co-defendants will go to jury trial.

Dated: June 14, 2010　　　　The CHASTAINE LAW OFFICE

　　　　　　　　　　　　　　By: ____/s/ Michael Chastaine
　　　　　　　　　　　　　　　　　MICHAEL CHASTAINE
　　　　　　　　　　　　　　　　　Attorney for David Reyes Navarro

Dated: June 14, 2010　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By: ____/s/ Michael Beckwith
　　　　　　　　　　　　　　　　　Michael Beckwith
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, June 18, 2010 at 9:00 a.m. be continued to Friday, August 13, 2010 at 9:00 a.m. and that the period from June 18, 2010 to August 13, 2010 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: 6/16/10

GARLAND E. BURRELL, JR.
United States District Judge