MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
David Navarro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DAVID REYES NAVARRO,<br><br>            Defendant. | Case No.: 2:08 CR 00392 GEB<br><br>STIPULATION AND ORDER FOR MODIFICATION OF PRETRIAL RELEASE CONDITIONS |

On August 20, 2011, Defendant DAVID REYES NAVARRO was released from custody on conditions of release which included, inter alia, his father as a third party custodian. All parties agree that this condition not now necessary. In fact, Pretrial Services by way of Renee Basurto is recommending that the third party custodian condition now be removed.

**STIPULATION**

Therefore, Plaintiff, United States by and through Michael Beckwith, and Defendant, David Reyes Navarro, through his undersigned counsel, hereby stipulate and agree that the Court should order that the pretrial release condition previously imposing a third party custodian be removed. All other previously imposed conditions of pretrial release should remain in full force and effect.

**IT IS SO STIPULATED**

Dated: August 3, 2011               The CHASTAINE LAW OFFICE

                                    By:    /s/ Michael Chastaine
                                        MICHAEL CHASTAINE
                                        Attorney for David Reyes Navarro

Dated: August 3, 2011               BENJAMIN B. WAGNER
                                    United States Attorney

                                    By:   /s/ Michael Beckwith
                                        Michael Beckwith
                                        Assistant U.S. Attorney


### ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the previously imposed condition of pretrial release of third party custodian is hereby ordered removed.  All other previously imposed conditions of pretrial release shall remain in full forced and effect.


DATED:  August 3, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE