MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
David Navarro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>DAVID REYES NAVARRO,<br><br>            Defendant. | ) Case No.: 2:08 CR 00392 GEB<br>)<br>) STIPULATION AND ORDER<br>) CONTINUING SENTENCING<br>)<br>)<br>)<br>)<br>)<br>) |

     Defendant DAVID REYES NAVARRO, by and through his attorney, Michael Chastaine and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby stipulate and agree to continue the sentencing hearing in the above-captioned case from Friday, March 18, 2011 at 9:00 a.m. to Friday, August 26, 2011 at 9:00 a.m.  The continuance is requested because the co-defendants have not yet resolved their cases.  Mr. Navarro should not be sentenced until it is determined if any of the co-defendants will go to jury trial.

Dated: February 24, 2011                The CHASTAINE LAW OFFICE

                                                  By:      /s/ Michael Chastaine
                                                        MICHAEL CHASTAINE
                                                         Attorney for David Reyes Navarro

Dated: February 24, 2011                LAWRENCE BROWN
                                                          Acting United States Attorney

                                                  By:     /s/ Michael Beckwith
                                                          Michael Beckwith
                                                         Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Friday, March 18, 2011 at 9:00 a.m. be continued to Friday, August 26, 2011 at 9:00 a.m. and that the period from March 18, 2011 to August 26, 2011 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated: August 23, 2011

GARLAND E. BURRELL, JR.
United States District Judge